**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| IN RE: | **CHAPTER 13 PROCEEDINGS** |
| **DONALD GRIFFIN JR** | |
| **DEATRA LOUISE GRIFFIN** | **CASE NO: 13-23274 KL** |
|     Debtor(s) | |

**NOTICE OF FINAL CURE PAYMENT**

     Pursuant to Federal Bankruptcy Rule 3002.1(f), the Trustee filed Notice that the amount required to cure the default in the below claim has been paid in full, and the ongoing post-petition payments are current.

**Name of Creditor: FCI LENDER**
**Court Claim No.: 26**

**Last four (4) digits of any number used to identify the Debtor's account: 0280**

**Final Cure Amount:**

| | |
|---|---|
| Amount of Allowed Pre-Petition Arrearage: | $5,006.76 |
| Amount of Post-Petition Fees: | $1,091.45 |
| Total Amount Paid By Trustee | $6,098.21 |

**Monthly Ongoing Mortgage Payment is Paid:**

  __xx_ Through the Chapter 13 Trustee conduit       ___ Direct by the Debtor

     Within 21 days of the service of this Notice, the creditor must file and serve same on the Debtor, Debtor's counsel and the Trustee, pursuant to Federal Bankruptcy Rule 3002.1(g), a Statement indicating whether it agrees that the Debtor has paid in full the amount required to cure the default and whether, consistent with Federal Bankruptcy Rule 1322(b)(5), the Debtor is otherwise current on all the payments or be subject to further action of the Court including possible sanctions.

Dated: December 3, 2018                     Respectfully Submitted:

                                                            /s/ Paul R. Chael
                                                            Standing Chapter 13 Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2018, service of a true and complete copy of the above and foregoing pleading or paper was electronically sent through the court's ECF system to the following parties:

U.S. Trustee
Attorney for Debtor(s): KEVIN SCHMIDT
Attorney for Creditor – CURT HOCHBEIN

and upon the following by depositing the same in the United States mail, envelopes properly address to each of them and with sufficient first-class postage affixed.

Debtor(s) - DONALD GRIFFIN JR and DEATRA LOUISE GRIFFIN, 1451 W 82ND PL, MERRILLVILLE, IN 46410    ,
Creditors(s) – FCI LENDER SERVICES, PO BOX 27370, ANAHEIM, CA 92809

                                                  Paul R. Chael /s/
                                                  Paul R. Chael, Chapter 13 Trustee
                                                  401 West 84th Drive, Suite C
                                                  Merrillville, IN 46410