# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

In re:  DONALD GRIFFIN JR  
        DEATRA LOUISE GRIFFIN  
        Debtor(s)

Case No.:  13-23274 KL

# CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

PAUL CHAEL, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1) The case was filed on  09/13/2013.
2) The plan was confirmed on  12/23/2013.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  01/04/2017.
4) The trustee filed action to remedy default by the debtor in performance under the plan on  09/13/2016, 12/18/2016, 08/05/2015.
5) The case was completed on  10/18/2018.
6) Number of months from filing or conversion to last payment:  61.
7) Number of months case was pending:  65.
8) Total value of assets abandoned by court order:  15,239.58.
9) Total value of assets exempted:  NA.
10) Amount of unsecured claims discharged without full payment:  225,648.80.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor: | $79,284.05 | |
| Less amount refunded to debtor: | $.00 | |
| **NET RECEIPTS:** | | $79,284.05 |

**Expenses of Administration:**

| | | |
|---|---:|---:|
| Attorney's Fees Paid Through The Plan: | $3,850.00 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $2,313.57 | |
| Other: | $735.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $6,898.57 |
| Attorney fees paid and disclosed by debtor: | $.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| (D) SENEX SERVICES CORP | Unsecured | NA | NA | NA | .00 | .00 |
| (D) SENEX SERVICES CORP | Unsecured | NA | NA | NA | .00 | .00 |
| (P) CITIBANK | Unsecured | NA | NA | NA | .00 | .00 |
| (P) INTERNAL REVENUE SERVIC | Unsecured | NA | NA | NA | .00 | .00 |
| (P) SENEX SERVICES CORP | Unsecured | NA | NA | NA | .00 | .00 |
| (U) ASHWORTH HIGH SCHOOL | Unsecured | NA | NA | NA | .00 | .00 |
| (U) METABANK/FHUT | Unsecured | NA | NA | NA | .00 | .00 |
| ADVANCED PAIN & ANESTHESIA | Unsecured | 15.00 | NA | NA | .00 | .00 |
| ADVANCED PAIN & ANESTHESIA | Unsecured | NA | NA | NA | .00 | .00 |
| AMEAD ATASSI MD | Unsecured | 200.00 | NA | NA | .00 | .00 |
| AMEAD ATASSI MD | Unsecured | NA | NA | NA | .00 | .00 |
| AMERIPATH CINCINNATI | Unsecured | 150.00 | NA | NA | .00 | .00 |
| AMERIPATH CINCINNATI INC | Unsecured | NA | NA | NA | .00 | .00 |
| ARROW | Unsecured | 1,275.00 | NA | NA | .00 | .00 |
| ARROW FINANCIAL SERVICES | Unsecured | NA | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

In re: DONALD GRIFFIN JR  
   DEATRA LOUISE GRIFFIN  
    Debtor(s)

Case No.: 13-23274 KL

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BAYVIEW FINANCIAL LOAN | Secured | 170,000.00 | NA | NA | .00 | .00 |
| BAYVIEW LOAN SERVICING LLC | Unsecured | NA | NA | NA | .00 | .00 |
| BURKE CONSTANZA & CARBERRY | Unsecured | NA | NA | NA | .00 | .00 |
| BURKE CONSTANZA & CARBERRY | Unsecured | 95.00 | 101.60 | 101.60 | 16.05 | .00 |
| BURKE CONSTANZA & CARBERRY | Unsecured | NA | NA | NA | .00 | .00 |
| BURKE CONSTANZA & CARBERRY | Unsecured | NA | 681.35 | 681.35 | 107.43 | .00 |
| CALUMET JEWELERS | Unsecured | 862.00 | NA | NA | .00 | .00 |
| CALUMET JEWELERS DBA ALBE | Unsecured | NA | NA | NA | .00 | .00 |
| CAPITAL ONE | Unsecured | 664.00 | NA | NA | .00 | .00 |
| CAPITAL ONE NA | Unsecured | NA | NA | NA | .00 | .00 |
| CB ACCOUNTS | Unsecured | 109.00 | NA | NA | .00 | .00 |
| CB ACCOUNTS INC | Unsecured | NA | NA | NA | .00 | .00 |
| CB USA INC | Unsecured | 134.00 | NA | NA | .00 | .00 |
| CB USA INC | Unsecured | NA | NA | NA | .00 | .00 |
| CDA /PONTIAC | Unsecured | 214.00 | NA | NA | .00 | .00 |
| CDA /PONTIAC | Unsecured | 177.00 | NA | NA | .00 | .00 |
| CDA /PONTIAC | Unsecured | 138.00 | NA | NA | .00 | .00 |
| CDA /PONTIAC | Unsecured | 123.00 | NA | NA | .00 | .00 |
| CDA /PONTIAC | Unsecured | 120.00 | NA | NA | .00 | .00 |
| CDA /PONTIAC | Unsecured | 98.00 | NA | NA | .00 | .00 |
| CDA/ PONTIAC | Unsecured | NA | NA | NA | .00 | .00 |
| CDA/PONTIAC | Unsecured | NA | NA | NA | .00 | .00 |
| CDA/PONTIAC | Unsecured | NA | NA | NA | .00 | .00 |
| CDA/PONTIAC | Unsecured | NA | NA | NA | .00 | .00 |
| CDA/PONTIAC | Unsecured | NA | NA | NA | .00 | .00 |
| CDA-METHODIST HOSPITAL | Unsecured | NA | 2,740.68 | 2,740.68 | 458.45 | .00 |
| CHARTER FITNESS | Unsecured | NA | NA | NA | .00 | .00 |
| CHARTER FITNESS ABC FINANC | Unsecured | 123.90 | NA | NA | .00 | .00 |
| CHASE | Unsecured | 1,793.00 | NA | NA | .00 | .00 |
| CHASE | Unsecured | NA | NA | NA | .00 | .00 |
| CHASE | Unsecured | NA | NA | NA | .00 | .00 |
| CITI FLEX | Unsecured | 3,897.00 | NA | NA | .00 | .00 |
| CITI FLEX LINE | Unsecured | NA | NA | NA | .00 | .00 |
| CITIBANK NA | Unsecured | NA | 3,946.31 | 3,946.31 | 660.10 | .00 |
| CITIFLEX | Unsecured | NA | NA | NA | .00 | .00 |
| CITIMORTGAGE | Unsecured | NA | NA | NA | .00 | .00 |
| CLERK LAKE SUPERIOR COURT | Unsecured | NA | NA | NA | .00 | .00 |
| CLERK LAKE SUPERIOR COURT | Unsecured | NA | NA | NA | .00 | .00 |
| CLERK LAKE SUPERIOR COURT | Unsecured | NA | NA | NA | .00 | .00 |
| COMCAST | Unsecured | 124.36 | NA | NA | .00 | .00 |
| COMCAST | Unsecured | NA | NA | NA | .00 | .00 |
| COMMUNITY CARE CENTER | Unsecured | 15.00 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

In re: DONALD GRIFFIN JR  
DEATRA LOUISE GRIFFIN  
Debtor(s)

Case No.: 13-23274 KL

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| COMMUNITY HOSIPTAL | Unsecured | 201.24 | NA | NA | .00 | .00 |
| CREDITOR DISCOUNT & AUDIT | Unsecured | NA | NA | NA | .00 | .00 |
| CREDITORS BANKRUPTCY SERVICE | Unsecured | NA | 354.14 | 354.14 | 55.83 | .00 |
| CREDITORS DISC & AUDIT CO | Unsecured | 3,000.00 | NA | NA | .00 | .00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | NA | NA | NA | .00 | .00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | NA | NA | NA | .00 | .00 |
| DECA FINANCIAL SERVICES | Unsecured | NA | NA | NA | .00 | .00 |
| DECA FINANCIAL SERVICES | Unsecured | NA | NA | NA | .00 | .00 |
| EPMG | Unsecured | 109.04 | 109.04 | 109.04 | 16.73 | .00 |
| EPMG | Unsecured | 104.04 | NA | NA | .00 | .00 |
| EPMG OF INDIANA | Unsecured | NA | NA | NA | .00 | .00 |
| EPMG OF INDIANA PC | Unsecured | NA | NA | NA | .00 | .00 |
| FCI LENDER SERVICES INC | Secured | NA | 171,715.01 | 50,885.21 | 50,885.21 | .00 |
| FCI LENDER SERVICES INC | Secured | 5,185.00 | 5,006.76 | 5,006.76 | 5,006.76 | .00 |
| FCI LENDER SERVICES INC | Secured | NA | 1,091.45 | 1,091.45 | 1,091.45 | .00 |
| FIRST PREMIER BANK | Unsecured | NA | NA | NA | .00 | .00 |
| FRANCISCAN MEDICAL SPECIAL | Unsecured | 25.00 | NA | NA | .00 | .00 |
| FRANCISCAN MEDICAL SPECIAL | Unsecured | NA | NA | NA | .00 | .00 |
| FRIENDLY FOOT CARE | Unsecured | 557.00 | NA | NA | .00 | .00 |
| FRIENDLY FOOT CARE PC | Unsecured | NA | NA | NA | .00 | .00 |
| GEMB PEACH DIRECT | Unsecured | 2,418.00 | NA | NA | .00 | .00 |
| GEMB/PEACH DIRECT | Unsecured | NA | NA | NA | .00 | .00 |
| GINNY'S | Unsecured | 367.00 | 435.03 | 435.03 | 68.59 | .00 |
| GINNYS | Unsecured | NA | NA | NA | .00 | .00 |
| HILCO REC | Unsecured | 1,350.00 | NA | NA | .00 | .00 |
| HILCO RECEIVABLE /EQUABLE | Unsecured | NA | NA | NA | .00 | .00 |
| IND DEPT OF REV | Priority | 51.63 | 51.63 | 51.63 | 51.63 | .00 |
| IND DEPT OF REV | Secured | 197.60 | 197.60 | 197.60 | 197.60 | 3.92 |
| IND DEPT OF REV | Unsecured | 5.10 | 5.10 | 5.10 | .81 | .00 |
| INDIANA DEPT OF REVENUE | Unsecured | NA | NA | NA | .00 | .00 |
| INDIANA DEPT OF REVENUE | Unsecured | NA | NA | NA | .00 | .00 |
| INDIANA EMP SEC DIV | Unsecured | NA | NA | NA | .00 | .00 |
| INDIANA GROSS INC DIV | Unsecured | NA | NA | NA | .00 | .00 |
| INTERNAL MEDICINE ASSC. | Unsecured | 177.80 | NA | NA | .00 | .00 |
| INTERNAL MEDICINE ASSOC | Unsecured | 484.51 | NA | NA | .00 | .00 |
| INTERNAL MEDICINE ASSOC | Unsecured | NA | NA | NA | .00 | .00 |
| INTERNAL MEDICINE ASSOC | Unsecured | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Priority | 50.00 | 66.82 | 66.82 | 66.82 | |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 68.48 | 68.48 | 10.79 | .00 |
| IRS INSOLVENCY GROUP 3 | Unsecured | NA | NA | NA | .00 | .00 |
| KOMYATTASSOC | Unsecured | NA | NA | NA | .00 | .00 |
| KOMYATTASSOC | Unsecured | NA | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

In re: DONALD GRIFFIN JR  
      DEATRA LOUISE GRIFFIN  
    Debtor(s)

Case No.: 13-23274 KL

# CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| KOMYATTASSOC | Unsecured | NA | NA | NA | .00 | .00 |
| KOMYATTASSOC | Unsecured | NA | NA | NA | .00 | .00 |
| KOMYATTE & ASSOCIATES, P.C. | Unsecured | NA | NA | NA | .00 | .00 |
| KOMYATTE & ASSOCIATES, P.C. | Unsecured | 474.00 | NA | NA | .00 | .00 |
| KOMYATTE & ASSOCIATES, P.C. | Unsecured | 206.00 | NA | NA | .00 | .00 |
| KOMYATTE & ASSOCIATES, P.C. | Unsecured | 201.00 | NA | NA | .00 | .00 |
| KOMYATTE & ASSOCIATES, P.C. | Unsecured | 68.00 | NA | NA | .00 | .00 |
| KOMYATTE & ASSOCIATES, P.C. | Unsecured | 538.00 | 718.00 | 718.00 | 113.20 | .00 |
| KOMYATTE & ASSOCIATES, P.C. | Unsecured | 68.60 | 68.60 | 68.60 | 10.81 | .00 |
| KOMYATTE & ASSOCIATES, P.C. | Unsecured | NA | 1,374.00 | 1,374.00 | 216.64 | .00 |
| KOMYATTE & ASSOCIATES, P.C. | Unsecured | NA | 742.79 | 742.79 | 117.11 | .00 |
| KOMYATTE & ASSOCIATES, P.C. | Unsecured | NA | 25.00 | 25.00 | 3.94 | .00 |
| LAKE COUNTY TREASURER | Unsecured | NA | NA | NA | .00 | .00 |
| LAKE COUNTY TREASURER | Unsecured | NA | NA | NA | .00 | .00 |
| LAKESHORE ANESTHEISA PC | Unsecured | NA | NA | NA | .00 | .00 |
| LAKESHORE ANESTHESIA | Unsecured | NA | NA | NA | .00 | .00 |
| MEPCO FINANCE CORP | Unsecured | NA | NA | NA | .00 | .00 |
| MEPCO FINANCE CORPORATION | Unsecured | 143.89 | NA | NA | .00 | .00 |
| MERCHANTS CR | Unsecured | 160.00 | NA | NA | .00 | .00 |
| MERCHANTS CR | Unsecured | NA | NA | NA | .00 | .00 |
| MERRICK BANK | Unsecured | NA | 736.84 | 736.84 | 116.18 | .00 |
| MERRICK BANK | Unsecured | 736.00 | NA | NA | .00 | .00 |
| METHODIST HOSPITAL | Unsecured | 37.01 | NA | NA | .00 | .00 |
| MIRICH MEDICAL CORP | Unsecured | NA | NA | NA | .00 | .00 |
| MIRICH MEDICAL CORPORATION | Unsecured | 1,218.29 | NA | NA | .00 | .00 |
| MONROE & MAIN | Unsecured | 332.00 | NA | NA | .00 | .00 |
| MONROE & MAIN | Unsecured | NA | 332.20 | 332.20 | 52.45 | .00 |
| MONTGOMERY WARD | Unsecured | NA | 82.61 | 82.61 | 13.01 | .00 |
| MONTGOMERY WARD | Unsecured | NA | NA | NA | .00 | .00 |
| MUNSTER RADIOLGOY GROUP | Unsecured | 41.73 | NA | NA | .00 | .00 |
| MUNSTER RADIOLGOY GROUP | Unsecured | 25.20 | NA | NA | .00 | .00 |
| MUNSTER RADIOLOGY GROUP | Unsecured | NA | NA | NA | .00 | .00 |
| MUNSTER RADIOLOGY GROUP | Unsecured | NA | NA | NA | .00 | .00 |
| NEPHROLOGY SPECIALISTES | Unsecured | NA | NA | NA | .00 | .00 |
| NEPHROLOGY SPECIALISTS | Unsecured | NA | NA | NA | .00 | .00 |
| NEPHROLOGY SPECIALISTS | Unsecured | NA | NA | NA | .00 | .00 |
| NEPHROLOGY SPECIALISTS | Unsecured | NA | NA | NA | .00 | .00 |
| NEPHROLOGY SPECIALISTS PC | Unsecured | 330.00 | NA | NA | .00 | .00 |
| NEPHROLOGY SPECIALISTS PC | Unsecured | 115.00 | NA | NA | .00 | .00 |
| NEPHROLOGY SPECIALISTS PC | Unsecured | 60.00 | NA | NA | .00 | .00 |
| NEPHROLOGY SPECIALISTS PC | Unsecured | 670.00 | NA | NA | .00 | .00 |
| NOVACARE REHAB | Unsecured | NA | NA | NA | .00 | .00 |

1234-3B-EPIE3B-00203046-203725

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

In re:  DONALD GRIFFIN JR  
       DEATRA LOUISE GRIFFIN  
       Debtor(s)

Case No.:  13-23274 KL

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| NOVACARE REHABILITATION | Unsecured | 16.00 | NA | NA | .00 | .00 |
| NW INDIANA PATH CONSULTANT | Unsecured | 85.00 | NA | NA | .00 | .00 |
| NW INDIANA PATH CONSULTANT | Unsecured | NA | NA | NA | .00 | .00 |
| NW INDIANA PATH CONSULTANT | Unsecured | NA | NA | NA | .00 | .00 |
| ORTHO PEDIATRIC & SPINE | Unsecured | NA | NA | NA | .00 | .00 |
| PA LABS LLC | Unsecured | 37.00 | NA | NA | .00 | .00 |
| PA LABS LLC | Unsecured | NA | NA | NA | .00 | .00 |
| PATIENTS 1ST ER MED CONSULT | Unsecured | NA | NA | NA | .00 | .00 |
| PLAINS COMMERCE BANK | Unsecured | 383.00 | NA | NA | .00 | .00 |
| PLAINS COMMERCE BANK | Unsecured | NA | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 491.00 | 511.77 | 511.77 | 80.69 | .00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | NA | 1,793.50 | 1,793.50 | 300.01 | .00 |
| PREMIER BANK | Unsecured | 409.00 | 409.10 | 409.10 | 64.50 | .00 |
| PROFESSIONAL RECOVERY | Unsecured | NA | NA | NA | .00 | .00 |
| PROFESSIONAL RECOVERY | Unsecured | 15.00 | NA | NA | .00 | .00 |
| PROFESSIONAL RECOVERY | Unsecured | 15.00 | NA | NA | .00 | .00 |
| PROFESSIONAL RECOVERY | Unsecured | 15.00 | NA | NA | .00 | .00 |
| PROFESSIONAL RECOVERY | Unsecured | 15.00 | NA | NA | .00 | .00 |
| PROFESSIONAL RECOVERY | Unsecured | 15.00 | NA | NA | .00 | .00 |
| PROFESSIONAL RECOVERY | Unsecured | 15.00 | NA | NA | .00 | .00 |
| PROFESSIONAL RECOVERY | Unsecured | 8.00 | NA | NA | .00 | .00 |
| PROFESSIONAL RECOVERY | Unsecured | NA | NA | NA | .00 | .00 |
| PROFESSIONAL RECOVERY | Unsecured | NA | NA | NA | .00 | .00 |
| PROFESSIONAL RECOVERY | Unsecured | NA | NA | NA | .00 | .00 |
| PROFESSIONAL RECOVERY | Unsecured | NA | NA | NA | .00 | .00 |
| PROFESSIONAL RECOVERY | Unsecured | NA | NA | NA | .00 | .00 |
| PROFESSIONAL RECOVERY | Unsecured | NA | NA | NA | .00 | .00 |
| PROFESSIONAL RECOVERY | Unsecured | NA | NA | NA | .00 | .00 |
| PROFESSIONAL RECOVERY | Unsecured | NA | NA | NA | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | 103.00 | 103.69 | 103.69 | 16.38 | .00 |
| QUEST DIAGMOSTICS | Unsecured | 226.85 | NA | NA | .00 | .00 |
| QUEST DIAGNOSTICS INC | Unsecured | NA | NA | NA | .00 | .00 |
| REDLINE RECOVERY | Unsecured | NA | NA | NA | .00 | .00 |
| REDLINE RECOVERY | Unsecured | NA | NA | NA | .00 | .00 |
| REGION RECOVERY | Unsecured | 134.00 | NA | NA | .00 | .00 |
| REGION RECOVERY | Unsecured | NA | NA | NA | .00 | .00 |
| REGIONAL ACCEPTANCE CO | Unsecured | 15,329.00 | NA | NA | .00 | .00 |
| REGIONAL ACCEPTANCE CORP | Secured | NA | 15,329.58 | 15,329.58 | .00 | .00 |
| SCHEPEL BUICK GM TRUCK INC | Unsecured | NA | NA | NA | .00 | .00 |
| SCHEPEL BUICK GMC TRUCK IN | Unsecured | 518.14 | NA | NA | .00 | .00 |
| SCHERERVILLE FAMILY | Unsecured | 85.34 | NA | NA | .00 | .00 |
| SCHERERVILLE FAMILY DENTIST | Unsecured | NA | NA | NA | .00 | .00 |

1234-3B-EPIE3B-00203046-203725

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA  
HAMMOND DIVISION

In re:  DONALD GRIFFIN JR  
       DEATRA LOUISE GRIFFIN  
       Debtor(s)

Case No.: 13-23274 KL

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| SENEX SERVICE CORP | Unsecured | 250.00 | NA | NA | .00 | .00 |
| SENEX SERVICE CORP | Unsecured | 158.00 | NA | NA | .00 | .00 |
| SENEX SERVICE CORP | Unsecured | 98.00 | NA | NA | .00 | .00 |
| SENEX SERVICE CORP | Unsecured | 81.00 | NA | NA | .00 | .00 |
| SENEX SERVICE CORP | Unsecured | 54.00 | NA | NA | .00 | .00 |
| SENEX SERVICES CORP | Unsecured | NA | NA | NA | .00 | .00 |
| SEVENTH AVENUE | Unsecured | 435.00 | 367.52 | 367.52 | 57.94 | .00 |
| SEVENTH AVENUE | Unsecured | NA | NA | NA | .00 | .00 |
| ST MARY MEDICAL /MEDICARE | Unsecured | NA | NA | NA | .00 | .00 |
| ST MARY MEDICAL CENTER | Unsecured | 474.28 | NA | NA | .00 | .00 |
| ST MARY MEDICAL CENTER | Unsecured | 335.05 | NA | NA | .00 | .00 |
| ST MARY MEDICAL CENTER | Unsecured | NA | NA | NA | .00 | .00 |
| ST MARY MEDICAL CENTER | Unsecured | NA | NA | NA | .00 | .00 |
| THE UNIV OF CHICAGO HOSP | Unsecured | 404.52 | NA | NA | .00 | .00 |
| THE UNIV OF CHICAGO MED CTR | Unsecured | NA | NA | NA | .00 | .00 |
| TRUST REC SERV | Unsecured | 249.00 | NA | NA | .00 | .00 |
| TRUST REC SERV | Unsecured | 83.00 | NA | NA | .00 | .00 |
| TRUST REC SV | Unsecured | NA | NA | NA | .00 | .00 |
| TRUST REC SV | Unsecured | NA | NA | NA | .00 | .00 |
| UNIV OF CHICAGO PHYS GROUP | Unsecured | 31.94 | NA | NA | .00 | .00 |
| UNIV OF CHICAGO PHYSICIANS | Unsecured | NA | NA | NA | .00 | .00 |
| US ATTORNEYS OFFICE | Unsecured | NA | NA | NA | .00 | .00 |
| US FED CRED | Unsecured | NA | NA | NA | .00 | .00 |
| US FEDERAL CREDIT UNION | Secured | 11,400.00 | 11,735.79 | 11,735.79 | 11,735.79 | 788.66 |

UST Form 101-13-FR-S (9/1/2009)

1234-3B-EPIE3B-00203046-203725

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

In re: DONALD GRIFFIN JR  
DEATRA LOUISE GRIFFIN  
Debtor(s)

Case No.: 13-23274 KL

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WFCB/BLAIR | Unsecured | NA | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 50,885.21 | 50,885.21 | .00 |
| Mortgage Arrearage: | 6,098.21 | 6,098.21 | .00 |
| Debt Secured by Vehicle: | 27,065.37 | 11,735.79 | 788.66 |
| All Other Secured: | 197.60 | 197.60 | 3.92 |
| **TOTAL SECURED:** | 84,246.39 | 68,916.81 | 792.58 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 118.45 | 118.45 | .00 |
| **TOTAL PRIORITY:** | 118.45 | 118.45 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 15,707.35 | 2,557.64 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $6,898.57 |
| Disbursements to Creditors: | $72,385.48 |
| **TOTAL DISBURSEMENTS:** | $79,284.05 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 02/28/2019    By: /s/PAUL CHAEL  
Standing Chapter 13 Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.

| | |
|---|---|
| IN RE: | CASE NO: |
| DONALD GRIFFIN JR & DEATRA LOUISE GRIFFIN | 13-23274 KL |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Final Report and Account was sent electronically or by ordinary United States mail, postage prepaid, on the date noted below, to the debtor, attorney for the debtor, and the United States Trustee.

Date: March 21, 2019                             /s/PAUL CHAEL
                                                 PAUL CHAEL